**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISON**

| | |
|---|---|
| **LATINA BEDFORD-DEAN, et al.,** : | |
| : | Civil Action No. 2:22-cv-02922-RBS |
| Plaintiff, : | |
| : | |
| v. : | **JURY TRIAL OF TWELVE (12)** |
| : | **JURORS DEMANDED** |
| **SHARON HILL BOROUGH, et al.,** : | |
| : | |
| Defendants. : | |

## ENTRY OF APPEARANCE

TO THE OFFICE OF JUDICIAL SUPPORT:

Kindly enter the appearance of L. Anthony DiJiacomo, Esquire on behalf of Plaintiffs Latina Bedford-Dean, Dominic Brown, and Derrick Brown in regard to the above-referenced matter.

**WEISBERG LAW**

*/s/ L. Anthony DiJacomo*
L. Anthony DiJiacomo, Esquire
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISON**

| | |
|---|---|
| **LATINA BEDFORD-DEAN, et al.,** : | |
| : | Civil Action No. 2:22-cv-02922-RBS |
| Plaintiff, : | |
| : | |
| v. : | **JURY TRIAL OF TWELVE (12)** |
| : | **JURORS DEMANDED** |
| **SHARON HILL BOROUGH, et al.,** : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, L. Anthony DiJiacomo, III, Esquire, hereby certify that on this 1st day of August, 2022, a true and correct copy of the foregoing Entry of Appearance was served via regular mail upon all unrepresented parties:

Robert P. Didomenicis, Esquire
Holsten Associates, P.C.
115 N. Jackson Street
Media, PA 19063

**WEISBERG LAW**

*/s/ L. Anthony DiJacomo*
*L. Anthony DiJiacomo, Esquire*
*Attorney for Plaintiff*