**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISON**

| | | |
|---|---|---|
| **LATINA BEDFORD-DEAN,** | : | |
| | : | |
| Plaintiff, | : | Civil Action No.  2:22-cv-02922-RBS |
| | : | |
| v. | : | **JURY TRIAL OF TWELVE (12)** |
| | : | **JURORS DEMANDED** |
| **SHARON HILL BOROUGH, et al.,** | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF THE PARTIES

**AND NOW**, this 19th day of August 2022, it is hereby **STIPULATED** and **AGREED,**

by and between the parties, by and through their undersigned counsel, that Plaintiff's deadline to

amend the Complaint or respond to Defendants' Motion to Dismiss is extended through

September 2, 2022.

**WEISBERG LAW**                           **HOLSTEN ASSOCIATES, P.C.**

*/s/ L. Anthony DiJiacomo, III*
Matthew B. Weisberg, Esquire              Robert P. DiDomenicis, Esquire
L. Anthony DiJiacomo, III, Esquire        *Attorney for Defendants*
*Attorneys for Plaintiff*


**APPROVED.**


Hon. R. Barclay Surrick, J.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISON**

| | | |
|---|---|---|
| **LATINA BEDFORD-DEAN,** | : | |
| | : | |
| | : | Civil Action No.  2:22-cv-02922-RBS |
| Plaintiff, | : | |
| | : | |
| v. | : | **JURY TRIAL OF TWELVE (12)** |
| | : | **JURORS DEMANDED** |
| **SHARON HILL BOROUGH, et al.,** | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, L. Anthony DiJiacomo, III, Esquire, hereby certify that on this 19th day of August,

2022, a true and correct copy of the foregoing Stipulation was served via ECF upon all counsel

of record, including:

Robert P. Didomenicis, Esquire
Holsten Associates, P.C.
115 N. Jackson Street
Media, PA 19063

**WEISBERG LAW**

*/s/ L. Anthony DiJiacomo, III*
Matthew B. Weisberg, Esquire
L. Anthony DiJiacomo, Esquire
*Attorneys for Plaintiff*